IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                 Criminal Action No.
                    23-00089-01-CR-W-DGK

ALVIN WIGGINS,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | |
|---|---|
| Count One - | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Count Two - | Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |
| Count Three - | Possession of a Firearm in Furtherance of Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| Count Four - | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Count Five - | Felon in Possession of Ammunition, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

**TRIAL COUNSEL**:
  Government: Mike Green for Ashleigh Ragner
  Defense:  Arimeta DuPree

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
  Government: 20 with stipulations; 20-25 without stipulations
  Defense: 3 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
  Government: approximately 200 exhibits
  Defense: 10 additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (   ) Definitely for trial               (   ) Possibly for trial
        ( x ) Motion to continue to be filed     ( x ) Likely a plea will be worked out

**TRIAL TIME**:  **5 days**
      Government's case including jury selection:   4 days
      Defense case:   1day

**STIPULATIONS**:
        ( x )    likely as to:
                (   )    chain of custody
                ( x )    chemist's reports
                (   )    prior felony conviction
                ( x )    interstate nexus of firearm
                ( x )    knowledge of felon status

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government:   May 20, 2024
      Defense:   May 20, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:   May 20, 2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**:   May 20, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing June 3, 2024

**OTHER**:
        (  )    A _____-speaking interpreter is required.
        (  )    Other assistive devices:  _____

      **IT IS SO ORDERED.**

                                                                          */s/ Jill A. Morris*
                                                                          JILL A. MORRIS
                                                                          United States Magistrate Judge