IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

          Plaintiff,

-vs-                                            Criminal Action No.
                                                23-00089-01-CR-W-DGK

ALVIN WIGGINS,

          Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

- Count One - Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
- Count Two - Possession with Intent to Distribute Methamphetamine, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)
- Count Three - Possession of a Firearm in Furtherance of Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)
- Count Four - Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)
- Count Five - Felon in Possession of Ammunition, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner
    Case Agent: KCPD Detective Josh Davis
    Defense: Arimeta DuPree

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 20 with stipulations; 20-25 without stipulations
    Defense: 3 additional witnesses, including Defendant who may testify

**TRIAL EXHIBITS**:
    Government: approximately 200 exhibits
    Defense: 10 additional exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (   ) Definitely for trial        (   ) Possibly for trial
    (   ) Motion to continue to be filed    ( x ) Likely a plea will be worked out

**TRIAL TIME**:  **5 days**
    Government's case including jury selection:   4 days
    Defense case:   1day

**STIPULATIONS**:
    ( x )    likely as to:
        (   )    chain of custody
        ( x )    chemist's reports
        (   )    prior felony conviction
        ( x )    interstate nexus of firearm
        ( x )    knowledge of felon status

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:   April 14, 2025
    Defense:   April 14, 2025
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   April 14, 2025
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   April 14, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing April 28, 2025

**OTHER**:
    (   )    A _____-speaking interpreter is required.
    (   )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                           */s/ Jill A. Morris*
                                           JILL A. MORRIS
                                           United States Magistrate Judge